

October 8, 2025

Hon. Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

  Re: Case No. 22-cv-257, <u>Sulkowska v. County of Suffolk</u>.

Dear Judge Locke:

  My firm represents the Plaintiff, individually and as the proposed administrator of her late son's estate, in the case named above. Per the Court's September 24, 2025 Minute Order, I write to provide a status report.

  As the Court likely knows, estates can take a very long time to establish when a person, like the decedent here, dies intestate with both minority-aged and non-marital children who live in different states. As of now, we have finally made contact with and figured out the status of all four children — and for the three minor children, we have worked with the families to establish legal guardianships so that they can consent to establishing the estates. Because of the fact that this spanned multiple states, this was no small task.

  As of now, we have discussed who can serve as the administrator of the estate and proposed the adult child (which will make administration much, much easier with the Surrogate's Court, if everyone agrees to that).

  We are also in discussions about the bigger picture plan for the case. As the Court may know from the docket, previously, a FOIL response had suggested there was video of the incident — but that Defendants were withholding that footage as part of investigation into the incident. However, after we filed an Article 78 FOIL challenge, we received a certification that no video exists. Unfortunately for all concerned, that makes determining the merits of a case much harder. Without revealing the contents of such discussions, we can say we are currently discussing the risks and rewards of continuing litigation with all potential distributees, but do not yet have any final determinations. At some point, receiving a copy of the final report from the investigation may make such discussions more productive, but that is an issue for another day.

  We also apologize that this filing is not joint. Internally, putting together an update took longer than was expected or ideal. Counsel for Defendants let us know she would be out of town from October 4th to 20th, but we simply did not have the information to prepare this letter in one place before then.



    We thank the Court for its time and consideration.

                                        Respectfully submitted,

                                            /s/
                                      _____

                                      J. Remy Green
                                        *Honorific/Pronouns: Mx., they/their/them*
                                      **COHEN&GREEN P.L.L.C.**
                                      *Attorneys for Plaintiff*
                                      1639 Centre St., Suite 216
                                      Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t: (929) 888.9480  ·  f: (929) 888.9457  ·  FemmeLaw.com