UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HALINA SULKOWSKA, individually and as proposed
administrator of the Estate of Paul Sulkowski,

                                       Plaintiff,

**NOTICE OF
APPEARANCE**

County of Suffolk, Police Officers John Doe 1-5,

                                   Defendants.

22-cv-00257(LDH)(SIL)

PLEASE TAKE NOTICE that Jacob S. Kutnicki, Assistant County Attorney of the Suffolk County Attorney's Office, does hereby enter his appearance on behalf of Defendant, County of Suffolk . Any and all correspondence, documents, notices and filings should be forwarded to Jacob S. Kutnicki, Assistant County Attorney, P.O. Box 6100, 100 Veterans Memorial Highway, Hauppauge, New York  11788-0099.

Dated:  Hauppauge, New York
       June 2, 2026

                               Respectfully submitted,
                               Christopher J. Clayton
                               Suffolk County Attorney
                               H. Lee Dennison Building
                               P.O. Box 6100
                               100 Veterans Memorial Hwy.
                               Hauppauge, New York 11788-0099

                               */s/ Jacob S. Kutnicki*
By:    Jacob S. Kutnicki
        Assistant County Attorney