**UNITED STATES DISTRICT COURT**　　　　**CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**　　　**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE　　　　　　　　DATE: 6/8/26
　　　　　U.S. MAGISTRATE JUDGE　　　　　TIME:　10:15 am

CASE:　**CV 22-0257(LDH) Sulkowska v. County of Suffolk et al**

TYPE OF CONFERENCE:　STATUS　　　　　　FTR: 10:33-10:37

APPEARANCES:
　　　　For Plaintiff:　Elaina Cohen

　　　　For Defendant: Arlene Zwilling

**THE FOLLOWING RULINGS WERE MADE:**
☐　　Scheduling Order entered.

☐　　The court has adopted and So Ordered the joint proposed scheduling order [　]
　　　submitted by the parties.

☐　　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
　　　The action will be tried in accordance with the discretion and the trial calendar of the
　　　District Judge.

☒　　Other:　Status conference held.  The parties require 45 days for County to produce
　　　records and the Public Administrator to determine whether it will pursue the case.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

　　　　8/27/26 at 10:00 am　　　　　: Status conference

　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　/s/Steven I. Locke
　　　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　　　United States Magistrate Judge