## COUNTY OF SUFFOLK



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**                                                                      **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

June 9, 2026

Hon. Steven I Locke, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:     *Sulkowska v County of Suffolk*
        CV22-257 (LDL) (SIL)

Dear Judge Locke:

The Suffolk County Attorney's Office represents the County of Suffolk, the defendant in this action pursuant to 42 U.S.C. § 1983. We submit this letter with regard to the Court's Conference Order of June 8, 2026.

The Order indicates that the County is to provide documents. Respectfully, it is our understanding that defendant was not directed to provide discovery in this case at the conference. We believe that there can be no discovery in this case as there is no proper plaintiff. This case was ostensibly brought on behalf of an Estate, but the purported plaintiff is not the representative of the Estate and has been unable to be appointed representative in the years since bringing this action.

The only documents discussed at the conference, and the only ones we understand are to be provided by the proper County department, are those counsel for plaintiff is seeking in a state law FOIL proceeding.

We thank the Court for its time and attention to this case.

Respectfully submitted,
Christopher J. Clayton
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
Assistant County Attorney

**LOCATION**                                    **MAILING ADDRESS**
**H. LEE DENNISON BLDG.**                       **P.O. BOX 6100**                                                **(631) 853-4049**
**100 VETERANS MEMORIAL HIGHWAY**    ♦    **HAUPPAUGE, NY 11788-0099**    ♦    **TELECOPIER (631) 853-5169**