AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Sulkowska<br>*Plaintiff*<br>v.<br>County of Suffolk et al<br>*Defendant* | ) | Case No. 22-cv-257 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 08/25/2026

/S/
*Attorney's signature*

Elena L. Cohen (4974796)
*Printed name and bar number*
1639 Centre Suite, 216
Ridgewood, NY 11385
*Address*

elena@femmelaw.com
*E-mail address*

(929) 888-9650
*Telephone number*

(929) 888-9457
*FAX number*

Print Save As... Reset