COHEN & GREEN

August 25, 2026

Hon. Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

**Re: Case No. 22-cv-257, Sulkowska v. County of Suffolk.**

Dear Judge Locke:

My firm represents the Plaintiff in this matter. I write to update the court as to the status of this estate and to request an adjournment of the August 27, 2026 status conference. Defendant County consents to the adjournment request.

As contemplated at the June 8, 2026 status conference, the County produced underlying records responsive to our Freedom of Information Law request on June 12, 2026. With this information, Plaintiff's counsel was able to locate and be in contact with the decedent's adult son and other family members necessary to establish his estate. The decedent's adult son has agreed to be the administrator of the estate. We retained an estates attorney to obtain all necessary information and draft and file for Letters of Administration on an urgent basis. The petition for Letters of Administration was filed on August 24, 2026 in Kings County Surrogate's Court. Attached is a true copy of the filing receipt.

Because the current status of the matter is solely awaiting the Kings County Surrogate's granting of Letter of Administration, Plaintiff requests an adjournment of the August 27, 2026 status conference for a period of 60 days. As noted above, Defendant County consents to the adjournment request.

We thank the Court for its time and consideration.

Respectfully submitted,

/s/

Elena L. Cohen
*Honorific/Pronouns: Ms., she/her/hers*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.



Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t : (929) 888.9480 · f : (929) 888.9457 · FemmeLaw.com