Gmail    Elena Cohen <elena.l.cohen@gmail.com>

# FW: NYSCEF: (Paul M. Sulkowski) LIMITED ADMINISTRATION (Kings County Surrogate's Court) Surr - File Document

2 messages

**Paul Stewart-Stand** <paul@standlaw.com>    Mon, Aug 24, 2026 at 9:32 AM
To: Elena Cohen <elena.l.cohen@gmail.com>

**From:** "efile@nycourts.gov" <efile@nycourts.gov>
**Date:** Monday, August 24, 2026 at 9:32 AM
**To:** Paul Stewart-Stand <paul@standlaw.com>, "PStewart-Stand@chflegal.com" <PStewart-Stand@chflegal.com>
**Subject:** NYSCEF: (Paul M. Sulkowski) LIMITED ADMINISTRATION (Kings County Surrogate's Court) Surr - File Document

## Kings County Surrogate's Court

Notification of Filing
08/24/2026

The NYSCEF System has received documents from the filing user, PAUL A STEWART-STAND, for the case listed below. Please retain this notification for your records.

### File Record

File Number: **Not Assigned**
File Name: **Paul M. Sulkowski**
Create Date: **8/24/2026 9:32 AM**
eFiling Status: **Waiting for Index Number**

### E-mail Service Notification Sent

| Name | E-mail Address |
|---|---|
| PAUL A STEWART-STAND | paul@standlaw.com |

### Document Filed

| Document Type | Description | Received Date |
|---|---|---|
| LIMITED ADMINISTRATION | | 08/24/2026 |
| DEATH CERTIFICATE | | 08/24/2026 |
| FAMILY TREE | | 08/24/2026 |
| FUNERAL BILL COPY | | 08/24/2026 |
| BIRTH CERTIFICATE | Thomas | 08/24/2026 |

| | | |
|---|---|---|
| BIRTH CERTIFICATE | | 08/24/2026 |
| BIRTH CERTIFICATE | | 08/24/2026 |
| WAIVER AND CONSENT | Thomas and Timothy | 08/24/2026 |
| WAIVER AND CONSENT | | 08/24/2026 |
| SCHEDULE C (INFANTS) | | 08/24/2026 |
| SCHEDULE A (NONMARITAL PERSONS) | | 08/24/2026 |
| AFFIDAVIT OF HEIRSHIP | | 08/24/2026 |
| DECREE (PROPOSED) | | 08/24/2026 |
| NOTICE OF APPEARANCE | | 08/24/2026 |
| ATTORNEY CERTIFICATION 207.4(B) | | 08/24/2026 |
| AFFIRMATION IN SUPPORT | | 08/24/2026 |

NOTE: If a document listed above is not linkable to view, participating parties may view any unrestricted document by logging into NYSCEF.

If the documents received are initial papers for an E-Filed proceeding, under E-Filing Rules for the Surrogate Court (Uniform Rule 207.4-a), such papers are filed when transmission to NYSCEF is complete and payment of any court filing is received by the court. If the e-filer selects the "Pay at the Court" option, the papers will be in pending status until payment is submitted. You will be notified via e-mail as soon as a file number is assigned.

**NOTICE:** This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.

**If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.**

---

**Elena Cohen** <elena.l.cohen@gmail.com> Mon, Aug 24, 2026 at 11:32 AM
To: "j. remy green" <j.remy.green@gmail.com>

--
Elena L. Cohen (she/her/hers)

[Quoted text hidden]