# COUNTY OF SUFFOLK

**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

August 25, 2026

Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Sulkowska v. County of Suffolk et al
Docket 22-cv-00257 (LDH)(SIL)

Dear Judge DeArcy Hall:

I am an Assistant County Attorney for the County of Suffolk and have been recently assigned to represent the named defendants in the above captioned matter. On June 2, 2026 I filed a notice of appearance on the matter. The case was formerly assigned to Assistant County Attorney Arlene S. Zwilling who is no longer assigned to the case. On behalf of the County Defendants, the undersigned respectfully requests permission to terminate Arlene S. Zwilling from the docket and all future notices.

I thank the Court in advance in anticipation of your cooperation.

Very truly yours,

Christopher J. Clayton
Suffolk County Attorney

/s/Jacob S. Kutnicki
By: Jacob S. Kutnicki
Assistant County Attorney