COHEN&GREEN

October 22, 2026

Hon. Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

**Re: Case No. 22-cv-257, Sulkowska v. County of Suffolk.**

Dear Judge Locke:

My firm represents the Plaintiff in this matter. I write to update the court as to the status of this estate and to request an adjournment of the October 29, 2026 status conference. Defendant County consents to the adjournment request.

The petition for Letters of Administration in this matter was filed on August 24, 2026 in Kings County Surrogate's Court, File No. 2026-3351. On August 28, 2026, the Court requested additional documents, which we provided. We also submitted an affirmation of urgency and a request that at minimum temporary letters of administration be issued so that this matter may proceed. On Tuesday, October 20, 2026, we spoke with the Kings County Surrogates Court Clerk, who informed us that the petition for temporary letters of administration was sent to the Surrogate for signature. We expect temporary letters of administration to issue shortly.

Because the current status of the matter is solely awaiting the Kings County Surrogate's granting of Letter of Administration, Plaintiff requests an adjournment of the October 29, 2026 status conference for a period of 30 days. As noted above, Defendant County consents to the adjournment request.

We thank the Court for its time and consideration.

Respectfully submitted,

/s/

Elena L. Cohen
*Honorific/Pronouns: Ms., she/her/hers*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:

All relevant parties by electronic filing.



Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t : (929) 888.9480 · f : (929) 888.9457 · FemmeLaw.com