UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HALINA SULKOWSKA, individually and as proposed administrator of the Estate of Paul Sulkowski,

Plaintiff,

County of Suffolk, Police Officers John Doe 1-5,

Defendants.

**NOTICE OF APPEARANCE**

22-cv-00257(LDH)(SIL)

PLEASE TAKE NOTICE that Kyle O. Wood, Assistant County Attorney of the Suffolk County Attorney's Office, does hereby enter his appearance on behalf of Defendant, County of Suffolk . Any and all correspondence, documents, notices and filings should be forwarded to Kyle O. Wood, Assistant County Attorney, P.O. Box 6100, 100 Veterans Memorial Highway, Hauppauge, New York 11788-0099.

Dated: Hauppauge, New York
October 22, 2026

Respectfully submitted,
Christopher J. Clayton
Suffolk County Attorney
H. Lee Dennison Building
P.O. Box 6100
100 Veterans Memorial Hwy.
Hauppauge, New York 11788-0099

/s/ Kyle O. Wood

By: Kyle O. Wood
Assistant County Attorney