**COUNTY OF SUFFOLK**

**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

October 22, 2026

Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Sulkowska v. County of Suffolk et al
Docket 22-cv-00257 (LDH)(SIL)

Dear Judge DeArcy Hall:

I am an Assistant County Attorney for the County of Suffolk and have been recently assigned to represent the named defendant in the above captioned matter. On October 22, 2026 I filed a notice of appearance on the matter. The case was formerly assigned to Assistant County Attorney Christiana Stover McSloy is no longer with this office. On behalf of the Defendant, County of Suffolk, the undersigned respectfully requests permission to terminate Christiana Stover McSloy from the docket and all future notices.

I thank the Court in advance in anticipation of your cooperation.

Very truly yours,

Christopher J. Clayton
Suffolk County Attorney

/s/ Kyle O. Wood
Kyle O. Wood
Assistant County Attorney

**LOCATION**
**H. LEE DENNISON BLDG.**
**100 VETERANS MEMORIAL HIGHWAY** ♦

**MAILING ADDRESS**
**P.O. BOX 6100**
**HAUPPAUGE, NY 11788-0099** ♦

**(631) 853-4049**
**TELECOPIER (631) 853-5169**