**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**Halina Sulkowska, Individually and as Proposed Administrator of the Estate of Paul Sulkowski,**

**Plaintiff,**

**-v-**

**COUNTY OF SUFFOLK, et al.,**

**Defendants.**

---

**DECLARATION OF SERVICE**

**22-cv-00257-LDH-SIL**

Elena L. Cohen hereby declares under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over 18 years of age and not a party to this action.

2. On November 17, 2026, at around 5:20 pm, I transmitted the following document in the above matter to the Kyle Wood, attorney for Defendant, by e-mail at Kyle.wood@suffolkcountyny.gov, for service on Defendant County of Suffolk:

    a. Certified Copy of Letters of Administration for the Estate of Paul Sulkowski.

3. Mr. Wood consented to accept service of the above document via e-mail.

Dated: Brooklyn, New York
November 19, 2026

Elena L. Cohen
COHEN&GREEN P.L.L.C.
1639 Centre St. Suite 216
Ridgewood, NY 11385